AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| | |
|---|---|
| Bertha Lynn Williams-McGeebey<br>*Plaintiff*<br>v.<br>United States of America, State of Illinois, and County of Saint Clair<br>*Defendants* | ) ) ) ) ) ) ) Civil Action No. 25-cv-1355 |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ **the plaintiff** *(name)* _____ recover from the **defendant** *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of ____ %, plus post judgment interest at the rate of ____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☒ **other:** Plaintiff Williams-McGeebey's action against defendants is dismissed without prejudice.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☒ decided by Judge   Jonathan E Hawley

Date:  10/16/2025

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*